# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| PARISH OF ST. LANDRY, ET AL. | Civil Action No. 6:21-0037 |
| versus | Judge Robert R. Summerhays |
| UNION OIL OF CALIFORNIA, ET AL. | Magistrate Judge Carol B Whitehurst |

## ORDER

Pending before the undersigned magistrate judge is the Motion to Remand [Doc. 15] filed by the plaintiffs in this matter, the Parish of St. Landry and the Village of Cankton. In this motion, the plaintiffs urge remand on several grounds, including lack of subject matter jurisdiction under the Federal Officer Statute, 28 U.S.C. 1442. The assertion of the Federal Officer Statute as a bar to jurisdiction has been argued in another matter currently pending before Judge Summerhays, to wit, *Parish of Cameron v. Auster Oil & Gas, Inc., et al.*, 18-0677, and several related cases. In *Auster*, the issue of the application of the Federal Officer Statute has been litigated and appealed, and the issue is currently pending before Judge Summerhays on remand from the Fifth Circuit in several related motions to remand.

Because of the likelihood of continued litigation on this contested issue, and in the interests of consistent judgments and further clarification as to the application of the jurisdictional bar, it is hereby ORDERED that the instant matter is ADMINISTRATIVELY CLOSED pending a ruling on the motions filed in the

*Auster* matter. Once a ruling has been issued in the *Auster* case, the instant case will be re-opened and the Motion to Remand will be adjudicated.

Thus done and signed this 29th day of September, 2021 at Lafayette, Louisiana.

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**